UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Cecil Kurrenthes Ransom Docket No. 4:12-CR-116-1FL

### Petition for Action on Supervised Release

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cecil Kurrenthes Ransom, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on April 5, 2013, to the custody of the Bureau of Prisons for a term of 85 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Cecil Kurrenthes Ransom was released from custody on January 07, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 17, 2019, the defendant completed a substance abuse assessment at Straight Walk Family Services in Rocky Mount, NC. No substance abuse treatment was recommended, however, the therapist believes the defendant would benefit from mental health services due to, "adjustment disorder with mixed anxiety and depression."

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Jonathan A. Holmes<br>Jonathan A. Holmes<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 9196104087<br>Executed On: March 15, 2019 |

**Cecil Kurrenthes Ransom**
**Docket No. 4:12-CR-116-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___19th___ day of ___March___, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge